Otis SPENCER, Appellant, v. Dr. I. W. STEELE, Warden, U. S. Medical Center, Springfield, Missouri.

No. 14481.

United States Court of Appeals
Eighth Circuit.

Nov. 5, 1951.

PER CURIAM.

Motion of appellant for leave to proceed with appeal in forma pauperis denied and appeal from District Court dismissed.

Jonor WRIGHT, Appellant, v. O. J. NYGAARD, Warden of the North Dakota State Penitentiary.

No. 14486.

United States Court of Appeals
Eighth Circuit.

Nov. 14, 1951.

Jonor Wright, pro se.

PER CURIAM.

Appeal from District Court dismissed for want of jurisdiction.